# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00589-CR

**Letitia Dobbins, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
## NO. D-1-DC-10-201986, HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Letitia Dobbins has filed a pro se notice of appeal from the district court's judgment placing her on community supervision following her plea of guilty to the offense of possession of a controlled substance, cocaine. *See* Tex. Health & Safety Code Ann. § 481.115(a)-(b) (West 2010). The district court has certified that this is a plea-bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed

Filed:   November 4, 2011

Do Not Publish